IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMMY JORDAN                                                                                          PLAINTIFF

V.                             CASE NO. 5:13CV00033 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 25th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE